IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

FREEMAN GARDNER and
CURRETTA GARDNER,

Debtors.

CASE NUMBER: 14-33279

## MOTION TO RECONSIDER

COMES NOW, BANK OF OKLAHOMA ("BANCOKLA"), Creditor in the above-styled case and moves this Honorable Court to reconsider its order of February 24, 2014. The objection on which the order was based (Doc No. 30) contended that claim #1 was due to be reclassified as a unsecured claim due to the foreclosure of the mortgage. However, the loan has not been foreclosed and the claim should not have been reclassified.

WHEREFORE, the premises considered, Movant requests this Honorable Court to reconsider its Order of February 24, 2015, so that Creditor's claim may be properly classified.

Respectfully submitted this the 2nd day of March, 2015.

/s/ John T. Bender
JOHN T. BENDER

Of Counsel:
McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
(251) 342-9172

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of December, 2014, served a copy of the foregoing pleading on:

|  |  |
|---|---|
| Debtor: | Freeman and Corretta Gardner<br>422 Gardendale Drive<br>Montgomery, AL 36110 |
| Debtor's Attorney: | Richard D. Shinbaum<br>P.O. Box 201<br>Montgomery, AL 36101<br>rshinbaum@smclegal.com |
| Trustee: | Curtis C. Reding<br>P.O. Box 173<br>Montgomery, AL 36101<br>trustees_office@ch13mdal.com |
| Creditors: | See attached. |

by ECF filing and by mailing a copy of the same by United States Mail, properly addressed and first class postage prepaid.

/s/John T. Bender
JOHN T. BENDER

2

Label Matrix for local noticing
1127-2
Case 14-33279
Middle District of Alabama
Montgomery
Mon Mar  2 12:12:51 CST 2015

Bank of Oklahoma
McFadden, Lyon & Rouse, LLC
718 Downtowner Blvd.
Mobile, AL 36609-5499

MAX CREDIT UNION
c/o CHAMBLESS-MATH & CARR, PC
PO BOX 230759
MONTGOMERY, AL 36123-0759

U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104-4018

Army & Air Force Exchange Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

BANCOKLA
P.O. BOX 35688
Tulsa, OK 74153-0688

BAPTIST MEDICAL CENTER EAST
PO BOX 241145
Montgomery, AL 36124-1145

Bank of Oklahoma
7060 S. Yale Avenue, Ste. 200
Tulsa, OK 74136-5711

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104-4018

CAPITAL CITY GASTROENTEROLOGY PC
c/o HOLLOWAY CREDIT SOLUTIONS, LLC
PO BOX 230609
MONTGOMERY, AL 36123-0609

CHAMBLESS & MATH
P.O. BOX 230759
MONTGOMERY, AL 36123-0759

CHSTFLD LN
19 S PERRY STREET
Montgomery, AL 36104-3756

COLONIAL FINANCE
4327 ATLANTA HWY
Montgomery, AL 36109-3170

Colonial Finance Company
4327 Atlanta Highway
Montgomery, AL 36109-3170

EQUIFAX INFORMATION SERVICES LLC
P.O. BOX 740241
Atlanta, GA 30374-0241

EXPERION
P.O. BOX 9701
Allen, TX 75013-9701

FINGERHUT CORPORATION
11 MCLELAND ROAD
ST. CLOUD, MN 56395-0001

INTERNAL REVENUE SERVICE
P O BOX 7317
Philadelphia, PA 19101-7317

JACKSON HOSPITAL
1725 PINE STREET
Montgomery, AL 36106-1117

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Max Federal Credit Union
400 Eastdale Circle
Montgomery, AL 36117-2117

(p)TRITON MANAGEMENT GROUP
P O BOX 241525
MONTGOMERY AL 36124-1525

RADIOLOGY GROUP
c/o HOLLOWAY CREDIT SOLUTIONS, LLC
PO BOX 230609
MONTGOMERY, AL 36123-0609

REGIONAL
6144 ATLANTA HWY
Montgomery, AL 36117-2800

REGIONAL MANAGEMENT CORPORATION
PO BOX 776
MAULDIN, SC 29662-0776

SPIEGEL - FCNB
9310 S.W. GEMINI
BEAVERTON, OR 97078

TRANSUNION CONSUMER SOLUTIONS
P.O. BOX 2000
CHESTER, PA 19016-2000

WFFNATBANK
P.O Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank NA
PO Box 10438
Des Moines IA   50306-0438

Corretta Gardner
422 Gardendale Dr
Montgomery, AL 36110-2016

| Curtis C. Reding | Freeman Gardner | Richard D. Shinbaum |
| P. O. Box 173 | 422 Gardendale Dr | Shinbaum & Campbell |
| Montgomery, AL 36101-0173 | Montgomery, AL 36110-2016 | P.O. Box 201 |
| | | Montgomery, AL 36101-0201 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| MILITARY STAR | Quik Pawn Shop | End of Label Matrix | |
| 3911 S WALTON WALKER BLVD | 201 N. Burbank Dr. | Mailable recipients | 32 |
| Dallas, TX 75265-0410 | Montgomery, AL 36117 | Bypassed recipients | 0 |
| | | Total | 32 |